IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>KEVIN AYTCH,<br><br>    Defendant. | 8:20CR77<br><br>ORDER |

  Before the Court is non-party Asia Ross's Request for Transcript (Filing No. 54) of the sentencing hearing held on August 13, 2021.

  IT IS ORDERED:

1. The Request for Transcript (Filing No. 54) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Asia Ross at 4032 Indian Runn Drive, Apt. A, Dayton, Ohio 45415.
3. Court reporter Susan DeVetter is directed to advise Ms. Ross of the cost to obtain the transcript. Ms. Ross will be responsible for that transcript cost.

Dated this 18th day of November 2021.

                   BY THE COURT:

                   *Robert F. Rossiter, Jr.*
                   Robert F. Rossiter, Jr.
                   Chief United States District Judge